**Dismissed and Opinion Filed March 4, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01317-CV**

**IN THE INTEREST OF J.K.O. AND J.M.O., CHILDREN**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 07-1369-015**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Molberg

The clerk's record in this case is past due. By letter dated February 12, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation showing appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See Tex. R. App. P. 37.3(b); 42.3(b), (c).


231317f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.K.O. AND
J.M.O., CHILDREN

No. 05-23-01317-CV

On Appeal from the 15th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. 07-1369-015.
Opinion delivered by Justice
Molberg. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 4th day of March, 2024.